## Abstract of the Decision.

INDICTMENT AND INFORMATION, § 34*—*when information charging a crime on an impossible date states no offense.* An information stating an offense was committed on the first day of February, A. D., 191, an impossible date, charges no offense, and objection therefor may be availed of on writ of error prosecuted to reverse a judgment of guilty.

---

### The People of the State of Illinois, Defendant in Error, v. William E. Cline, Plaintiff in Error.

### Gen. No. 19,569.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JACOB H. HOPKINS, Judge, presiding.  Heard in the Branch Appellate Court at the October term, 1913.  Reversed and remanded.  Opinion filed February 17, 1914.  Rehearing denied March 3, 1914.

### Statement of the Case.

Information by The People of the State of Illinois charging William E. Cline of keeping a common, ill-governed disorderly house kept for the encouragement of fornication, within the limits of Chicago in violation of section 57, ch. 38, R. S., J. & A. ¶ 3591.

RICHARD I. GAVIN, for plaintiff in error.

MACLAY HOYNE, for defendant in error; EDWARD E. WILSON and FRANCIS E. HINCKLEY, of counsel.

MR. JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

CRIMINAL LAW, § 330*—*when verdict not responsive to all the issues.* Where an information charges the defendant with keeping

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

a common, illgoverned disorderly house for the encouragement of fornication, a verdict finding the defendant guilty "of keeping a disorderly house in the manner and form as charged in the information," *held* insufficient as not being responsive to all the issues, for the reason that an essential element of the offense as defined by statute was omitted from the verdict, namely, that the disorderly house was kept for "the encouragement of fornication."

## Owen Monahan, Appellee, v. Chicago City Railway Company, Appellant.

### Gen. No. 18,823.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. WILLIAM H. McSURELY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed February 17, 1914.

### Statement of the Case.

Action by Owen Monahan against Chicago City Railway Company to recover for personal injuries alleged to have been sustained by plaintiff on being thrown from defendant's car by a sudden jerk as he was preparing to alight. From a verdict and judgment for plaintiff for six thousand dollars, defendant appeals.

FRANKLIN B. HUSSEY and WATSON J. FERRY, for appellant; LEONARD A. BUSBY, of counsel.

JAMES C. McSHANE, for appellee.

MR. JUSTICE CLARK delivered the opinion of the court.

### Abstract of the Decision.

1. CARRIERS, § 476*—*jerks on alighting sufficiency of evidence.* Testimony of plaintiff that as he was preparing to alight from